UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
: : : : :
MILTON WILLIAMS, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

               Plaintiffs,

      v.

FENTY BEAUTY LLC,

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

No.: 1:25-cv-1740

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

      Plaintiff(s), MILTON WILLIAMS, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without fees and costs against Defendant, FENTY BEAUTY LLC.

Dated:   New York, New York
           April 2, 2025

**GOTTLIEB & ASSOCIATES PLLC**

<u>/s/ Jeffrey M. Gottlieb</u>
Dana L. Gottlieb, Esq. (DG-6151)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*


SO ORDERED:

_____
United States District Court Judge